In re VORON & CHAIT, Inc. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Voron & Chait, Incorporated. No opinion. Appeal dismissed, unless appellant complies with terms

stated in memorandum per curiam. Settle order on notice. See, also, 164 App. Div. 947, 151 N. Y. Supp. 1149.